IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SCOTT BRADEN, as parent and next friend of M                          PLAINTIFF

v.                                        Case No. 3:10-CV-03118

MOUNTAIN HOME SCHOOL DISTRICT;
CHARLES SCRIBER; DEBBIE ATKINSON;
MICHELLE MCWILLIAMS; LINDA WHITE; and
CASSIE FOWLER                                                         DEFENDANTS

## ORDER

Currently before the Court are Plaintiff's Motion to Compel (Doc. 59) and Amended Motion

to Compel (Doc. 64).   Defendants filed no response to either Motion.   The Court, having

communicated with Plaintiff's counsel, understands that Plaintiff now wishes to withdraw these

Motions, as the discovery issues described therein have now been resolved to Plaintiff's satisfaction.

Accordingly, the Clerk of Court is directed to terminate these Motions.

IT IS SO ORDERED this 12th day of March, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE