IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SCOTT BRADEN, as parent and next friend of M     PLAINTIFF

v.     Case No. 3:10-CV-03118

MOUNTAIN HOME SCHOOL DISTRICT;
CHARLES SCRIBER; DEBBIE ATKINSON;
MICHELLE MCWILLIAMS; and LINDA WHITE     DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is Plaintiff's notice of settlement and motion to dismiss (Doc. 85).

IT APPEARING to the Court that the matter has been settled, it is ORDERED that Plaintiff's Motion (Doc. 85) is GRANTED and the complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

IT IS SO ORDERED this 1st day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE